CHEMICAL LEAMAN TANK LINES, INC., ET AL. *v.*
UNITED STATES ET AL.

No. 880.   Decided February 24, 1970

*Phineas Stevens, Thomas E. James,* and *Harry C. Ames, Jr.,* for appellants.

*Solicitor General Griswold, Assistant Attorney General McLaren, Howard E. Shapiro, Fritz R. Kahn,* and *Jerome E. Sharfman* for the United States et al., and *Earl T. Thomas* for Bell, dba Bell Transport Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.

KELLER *v.* DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL OF CALIFORNIA

No. 1009.   Decided February 24, 1970

*Burton Marks* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.